UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIMBERLY'S INFANT CARE
CENTER, INC.,

    Plaintiff,

v.                                            Case No: 8:12-cv-1570-T-30EAJ

NORTHFIELD INSURANCE
COMPANY,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Unopposed Motion to Stay Action Pending Completion of Neutral Evaluation Process (Dkt. #18).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Unopposed Motion to Stay Action Pending Completion of Neutral Evaluation Process (Dkt. #18) is GRANTED.

2.    The Clerk is directed to ADMINISTRATIVELY CLOSE this case.

3.    If necessary, the parties may file a motion to reopen this case within twenty (20) days of receiving the Neutral Evaluation Report.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of March, 2013.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2012\12-cv-1570 close case 18.docx